Case Number: __AT 3330-0083__

Location of Search:
York County Parcel 599-000-00-24

# Search Warrant Inventory

| Item # | Description |
|---|---|
| 1 | Tan Female Pitt Bull Type Dog |
| 2 | Tan Male Pitt Bull Type Dog |
| 3 | White Female Pitt Bull Type Dog |
| 4 | Black Male Pitt Bull Type Dog |

On September 25, 2022 at 1639 hours, this inventory was prepared and a copy was provided in the following manner:

____ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

__X__ A copy of this inventory was provided to the following person:

Name: Ronnie Mitchell                          Signature:
Address: 1760 Squire Road, Rock Hill, S.C.

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuent to the search warrant.

Inventory Officer:                                  Witness:

Printed Name:                                       Printed Name:

*[signature]*   Date: 2022.10.24 11:28:56 -04'00'

PG 1 of 1