## ATTACHMENT A

### York County Parcel ID number 599-000-00-24
### FOSTER PROPERTY 8

**Description of the premises to be searched:**

York County Parcel ID number 599-000-00-24 is a heavily wooded 2.0-acre property.

The property has multiple outbuildings, sheds, dogs, and dog kennels on the property.



71